FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jun 02, 2022, 8:30 pm
Pam Hartman Beyer, Clerk of Court

CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

CHRISTINE OLSON
WAYNE A. MYERS
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850
wayne.myers@usdoj.gov
christine.olson2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | Mag. No. 22-00046 LEK |
|---|---|---|
| Plaintiff, | ) | ORDER GRANTING MOTION TO UNSEAL |
| vs. | ) | |
| MASON JORDAN, | ) | |
| Defendant. | ) | |

ORDER GRANTING MOTION TO UNSEAL

The Court having considered the UNITED STATES OF AMERICA's *Ex Parte* Motion to Unseal Indictment, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Indictment in the above-entitled matter be unsealed.

DATED: Honolulu, Hawaii, June 2, 2022 _____.

Kenneth J. Mansfield
United States Magistrate Judge

United States v. Mason Jordan
ORDER GRANTING MOTION TO UNSEAL
Cr. No. 22-00046 LEK