# Exhibit 1

Dear Honorable Judge Leslie E. Kobayashi

I would first off like to thank you for taking the time to read my letter in hopes that it may shine some light and clarity upon you of who I really am. I stand before you today account on my own actions and the circumstances that have put me here due to the horrible decisions that I have made. May my words and remorse show you that I can and want to change so that you may have a more knowlegeable understanding of me throughout my life story and where I went wrong.

I've committed this crime only on my own and I accept full responsibility for that your honor. My crime is nothing to take lightly and I am deeply sorry for my actions. I want to apoligize to all the people I hurt and betrayed. I understand my actions have had a huge impact on others. I've brought pain and damages to the victim. Pain that I alone cannot fix or take back, Pain that may never heal. Pain that will effect the victim forever, no matter what kind of justice is given. I have changed her life because of my terrible decisions. Decisions that I regret and will spend the rest of my life trying to repair. I have brought hurt, shame and dissipointment upon my family and I failed the community I took an oath to protect.

I am writing this letter not to make excuses for my mistakes but to give you a better understanding and express how much I regret my actions as well as my desire to correct my path. Your honor I'm sure that over the years you have heard countless stories of broken homes, missing parents, and drug infested enviroments. While I am certain you have compassion and empathy. I want

to say that is no excuse for the wrong choices I have made in my life. However, I do believe that my decisions played a huge role in why I am here today. Again, I apoligize for my crime and hope that you can understand me a bit more from this letter.

My name is Mason Jordan and I am 34 years old. I was born and raised in my hometown of Kailua. I feel very grateful to have been able to grow up on the Winward side of oahu. My mother, who was abandoned as an infant at the hospital was adopted by an amazing couple who moved to Hawaii from Greece. They purchased their Kailua home which was then passed down to my mother after they passed away. I feel we were very lucky to have had this home because without it life would have been much harder for my family.

My parents were highschool sweethearts, they were both in their teens when my older brother Derek was born. Although having my brother was a blessing for them they had to immidetly step into that position of being responsible parents. Something they were not prepared to do. Over the next few years they juggled their new roles as parents while still trying to party and enjoy their youth. My mother who chose not to work left my father to be the sole provider of the household. I was born a few years later and my father contined to do his best to take care of us. My little brother Stephen was born four years after me and by then my parents were overwhelmed. My father who remained the sole provider struggled to work, pay bills and take care of my brothers and I alone while my mother was never around. I dont know exactly when my parents drug addiction started but I can tell you that while looking back on my childhood I cant remember a time they weren't using drugs.

Growing up over the years my family had our up's and downs. Good times like going to the beach, playing in our yard, or hanging out with neighborhood friends. We also had our tough times like seeing the constant fighting between my parents, having little to no food in our house and getting our clothes from donation bins around town. My father did his best to give us a good childhood jumping from different jobs like mechanic, plumber, to landscaping. I wouldn't learn till later that their real downfall was their addiction to Crystal Meth. Their drug use escalating to drug dealing and this changed the enviorment in our home. The exposure to drugs in our house led to Derek's own addiction to crystal meth while in his teens and he would later sell meth to support his habits, which led him to juvenile detention and later rehab.

With Dereks absence things only got harder. My parents were unable to keep the electricity and water on, leaving us for three years with candle light, battery radios, and cold showers at the beach park. My parents drug dealing led to strangers coming and going at all hours of the day. One of these strangers munipulating me to accept toys and clothes in exchange for him to perform sexual acts on me. This abuse lasting months until he no longer came around. My anger towards my parents grew into resentment and over time I spent less time at home and more time on the streets.

By middle school I was introduced to drugs and alcohol. Starting with marijuana then moving to cocaine and then later crack. I started stealing things I couldnt get from home like food, clothing, and electronics. I would runaway from home and never attend school which led to me failing 7th grade. I didnt care about anything other then getting drunk or high with my friends. I had no one around

to correct my actions. My Parents cared little of what I was doing and I Put all my trust into the wrong friends. Over the next few years I put no positive effort into my future and was on the Path to ruin my life.

It wasn't until Derek was realesed from rehab is when things changed for me. Derek was determined to do better With his life and stay Sober after his incarceration. He immidietly saw my bad behavior, Knowing if he didint do something I would end up like him. Derek was able to share with me his bad experiance's and convinced me to change. He took care of Stephen and I and was set on getting me on a better Path. With his help I stayed Sober, went back to school and changed the people I hung out with. While I attended highschool Derek moved on to start a family of his own and with the help of some school counselors I was determined to do something with my life. With my Parents now Seperated, leaving my mother and her boyfriend still using drugs in the house I took care of Stephen up until I graduated highschool in 2008. Getting my diploma was a huge acomplishment Knowing I almost gave up, realizing my next goal was to find a good carreer.

Shortly after graduation I decided to move out of my mothers home and live on my own. I could no longer be around my mother who continued to sell drugs. After much thought I knew I wanted to join the Police Department. I knew that in order to do this I needed to stay sober and stay out of trouble. I wanted to join the department because I really wanted to help People and make a diffrence in the community. I wanted to help People going through struggles like I had gone through. Knowing that if I could help at least one Person that was like me then it would be worth it. Dispite all the negative feedback

I recieved from friends and family, with everyone telling me I wouldn't make it I was still dedicated on my goal to try and on 11-01-2013 I was accepted into the 176th recruit class of the Honolulu Police Department.

I quickly learned that getting accepted to the Academy was the easy part. I had no idea what to expect, from day one I was hurled into the most uncomfortable enviorment I have ever experienced from Physical fitness to acedemics. Everything was about Structure and disipline. Coming from a household that lacked either I wasn't Prepared for this. I struggled in the begining but I adapted. I Promised myself I would Succeed, that I would not waste this opputunity and give each day my best effort. I watched other recruits fail or quit and as the weeks went by I Progressed further. Realizing that this was Something I could accomplish. After a year of hard work I was at graduation. I was sworn in, accepted my badge and I knew all the hard work was worth it. I had done something everyone thought I couldn't and at the time it was the greatest achievement of my life. An experience that taught me so much and something I would never forget. Shortly after graduation I noticed a change in my Parents and friends. Because their involvment with drugs and my new Position in law enforcement I was treated like the enemy. They no longer trusted me which caused our relationship to fade. I was hurt by that but I focused on my new carreer.

In 2014 I met Derae Viernes. After spending time together we discovered we had alot in common and shared similar childhoods. This lead to a romantic relationship. At the time Derae was a single mother to three girls Taelilynn (15), Tiara (11) and Azlyn (7). When we started dating I expressed my concerns to Derae about Pursueing our relationship. Letting her know I had no exerience in being a Parent. She assured me that she would teach me and everything would be fine. I decided to trust her, commiting myself to her and her family.

I spent all my time with Derae and her girls. Understanding that I was the outsider coming into their family unit. As my relationship grew with all of them I learned more about Derae's Past involving her Previous bad relationships, drug use and the Problems she's had controling Taelilynn (Mv1 in my case). Derae told me about how Taelilynn would constantly runaway from home, sneak boys into the house for sex, and use drugs. Reminding me of my childhood I tried to give her my best advice and relate to Derae that I didn't want to step into the role as their father or make them feel like I was replacing him. Informing her that I would do my best to be a Parental figure and a friend to them. A few months later our relationship grew serious and we moved in together.

Over the next year I did my best to commit myself to my new career but also to support what I now considred my family. Juggling between my job, my love life, and taking care of the girls was a struggle. Taelilynn's behavior got worse and she began to rebel against all the rules we would set in the house. She would continue to skip school, use drugs,

hide cellphones, and steal. Derae's idea of disipline was extreme which I didn't agree with but felt I had no right to tell her how to disipline her child. Because of this Taelilynn would runaway from home often. She became uncontrolable, we didn't know what to do. The stress pushed Derae to drink alcohol excessivly. Discovering at this point that she previously and continued to battle with alcoholism. Derae's drinking habits progressed and she would exerience black outs, not remembering any of her actions the following day. This behavior would remain to be a regular occurance.

constant arguements continued between Derae and Taelilynn and when I would intervene and try to sympathize with one or the other I would be accused of taking sides. Everything became too stressful to handle. I should have reached out for proffesional help, instead I gave into my weakness. I would turn to old habits from when I was a kid, I would self medicate when things got too tough. I started using alcohol and xanex to numb me from my problems. I would bottle up my emotions and use to get through each day.

While doing my best to control things at home I also struggled with the finacial burden of taking care of our family. Utility bills, car payments, rent, school tuitions, groceries, clothes, etc. Coming from only taking care of myself and now our family was overwhelming. I would work the graveyard shift to maximize my overtime hours. Balancing my time between work and family was difficult. Normaly leaving me with about two to three hours of sleep a day. The lack of sleep combined with the double shifts was tough on my mind and body. Pushing myself to make enough money to survive while trying to be an effective officer.

On 09-28-2016 my hard work and dedication to being a good officer Payed off and I was awarded the Certificate of Merit by the City and County of Honolulu. The certificate of Merit is the second highest award given for an act of heroism. The award was given to myself and some of my fellow officers for risking our lives preventing an individual from commiting suicide. Over the Seven years of being a Patrol officer I always tried my best to stand by the departments motto Respect, Integrity, Fairness. I've put myself in harms way on multiple occasions knowing it was my duty as an officer. Thats why I never felt like I deserved an award for my service to the community. However I am extremly grateful to be reconized for my service. Till this day it is the highest achievement of my life.

On 02-03-2017 While I was at work Devae and Taelilynn (who was 16 years old) got into a bad arguement which led to Devae kicking Taelilynn out of the house. Knowing what she did was illigal Devae reported Taelilynn as a runaway to cover up her actions. When I learned what had happened I made attempts to find her around town but failed to locate her. Devae relating to me that she didn't want Taelilynn in our house because she set a bad example for her sisters and that she was better off on the streets.

I continued to search for Taelilynn and in May 2017 I found her using Instagram. She related to me that after she left home she contacted her father who lives on the Big Island. Her father agreed to buy her a plane ticket and allow her to live with him on the condition that she smuggle drugs inside her body over the flight. She agreed and after bringing the drugs she was now living with him. Although never sharing his address she did explain the harsh conditions of her fathers home. Having no clothes, no food,

and she began using drugs like meth, fentanyl, and heroin. I begged her to come home back to oahu but she refused. explaining that she hates her mom for kicking her out and refuses to live with her. I told her I would do my best to help her. I Sent her money to get things she needed and she promised to keep in touch with me using Instagram.

On 07-14-2017 I finally convinced Taelilynn to come back home to reconcile with her mother. I Purchased her plan ticket and picked her up from the airport. Only hours after arriving home and before Devae arrived home from work Taelilynn fled and ran away from home. Believing now that she munipulated me to buy her a plan ticket back to oahu.

On 07-17-2017 I arrived home after a long night shift at work. Derae was at work and the girls were at summer school. I had had multiple drinks and mixed them with xanex pills, which I would regularly do after work to help with stress and help me sleep. I was about to head to bed when Taelilynn showed up at the house. We sat in the livingroom and I demanded an explination for why she ran away a few days prior. She admitted that she had no intention to reconcile things with her mom. Instead she wanted my help to convince her mom to give up custody so she can permenatly live with her grandmother. I explained to her that her grandmother was too old to take care of her and that her mother would never agree. Our conversation turned into an argument, she threatend me that if I didn't help her then she would just remain on the run. That she would continue to use drugs and work as a prostitute to survive and it would be my fault because I wouldn't help. I explained to her that she needed to make better decisions or she's going to ruin her life. She then related that if I didn't help her then she would just make a report against me and then Child Protective Services would force her to live with her grandma. I knew I had too much to drink and I wasn't prepared for the argument. I lost my temper, raised my voice and told her the conversation was done. That we would figure everything out when her mother got home from work. I had a little more to drink to calm me down and went to bed.

I woke up a short time later, at this point I was feeling the effects of the alcohol and Xanex. I went downstairs to have another drink and saw Taelilynn sleeping on the couch in our living room. She was wearing a romper which was pulled down exposing her breasts and the bottom of her underwear was also exposed. I remember having my phone and taking pictures of her. It had nothing to do with sexual attraction or sexual gratification. In the moment I was angry and bitter toward her because of the arguement and threats. I made the mistake of allowing my emotions to get the best of me. I was the adult who should of had more control but I was weak. I wasn't in the right state of mind. I then left her on the couch and returned to my bedroom.

I woke up hours later in the afternoon. I had sobered up and remembered what I had done. I immidiatly checked my phone and realized the full extent of my actions. I was sick to my stomach to see the photos and how graphic they were. I never would have imagined I was capable of something like that. I felt complete shame and embaresment. All I could think about was that Taelilynn must have seen what I have done and how devasted, betrayed, and violated she must feel. After a moment to gather myself I went down stairs to confront her and try to apoligize.

I arrived down stairs to find Taelilynn watching TV. I expected her to confront me but only mentioned that she was hungry. Thrown off guard a moment I then realized that she didn't know what I done. I was consumed with guilt and told myself to tell her what I did and apologize. I was terrified and so many things were running through my mind. My fear took over, I was a coward and as much as I wanted to do the right thing I didn't. She asked again if I would help her live with her grandma and when I refused she looked at me as if I betrayed her. She then said she would just handle things herself. Knowing her mom would be home soon she gathered her things and prepared to leave. I begged her to stay and try to fix things with her mom. She ignored me and left the house. Struggling to process what happened I panicked, went to my phone and deleted the pictures.

Two days later on 07-19-2017 Taelilyn was arrested for trespassing while drinking with her friends at Cambell Highschool. Derae and I picked her up from Kapolei Police Station. She was extreamly intoxicated and admitted she was using drugs. After arriving home Derae began to scream at her. Expressing her anger and explaining how she would be punished. This led to an arguement, Taelilynn then begging me to take her side. When I refused and told her I supported her mothers decision she then lashed out at me. Taelilynn then stormed out the house and never came back. She was then reported as a runaway again.

On 09-23-2017 Taelilynn went to her grandmothers house to make a police report against me. She reported allegations that I made sexual advancements and offered her money for sex. She stated to police that she refused to go home because she was afraid of me. She asked Police if she could stay with her grandmother. Instead Police notified Child Protective Services and Placed her into a foster home.

Due to the Police report Derae, Taelilynn and I were summonded to family court because of the allegations. However on 10-07-2017 Taelilynn had run away from her foster home and was not present during our first court hearing. During the hearing the judge dismissed me from the case and postponed the next hearing until Taelilynn could be present. Taelilynn would remain on the run until 03-07-2018 when she turned herself into the Kapolei Police Station after she learned she was wanted for questiong about her involvment in a theft case occuring at a school. On 05-26-2018 she ran away from her foster home again and returned to the Big Island to live with her father until she turned 18 years old.

The Police report and allegations against me affected me greatly. They didn't just hurt me Personally but created a huge crack in my relationship with Derae With her not knowing what to believe. This issue would Push us both toward our substance abuse which led to loud arguments that would be heard by her other daughters. This Put alot of strain on me which pushed me to alienate myself. On top of that news of the allegations made its way through the Police department. My fellow officers, People that I would take a bullet for were now calling me a Pedophile. My Supervisors began treating me with disrespect. Taking things away I earned like my beat, Police Vehicle, and over time opportunities. I would be ordered to do assignments usually assigned to newer officers. My Sergeants making my ten hour shift as horrible as Possible. I even transfered Stations for a fresh start but things didn't improve. I found no relief at home or at work. This continued to Push me to Self medicate.

In late 2018 while working on the family computer I discovered that the Pictures I had taken of Taelilynn had not been deleted like I thought but were backed up on Apple ICloud. Seeing the Pictures again filled me with disgust and I was torn with what to do. I knew I had to try and do the right thing. and confess. That evening while the girls were with friends I sat with Derae, admitted what I did, apologized and showed her the Pictures. This led to her being furious and Physically assulting me. She saved the Pictures in her phone, told me to Pack a bag and that I needed to leave the house. so she could think. I complied and left having no idea what to expect. After three days of no communication We met again at home. She explained to me that She wasn't ready to forgive me and expressed her concerns going forward with Azlyn and Tiara. I apoligized again exploring the girls were Safe. Derae related to me that she didn't want to see me get in trouble and she didn't want to break up our family. We kept the incident a Secret beliving in was the best thing to do. and she allowed me to come back home.

Over the next couple of years I tried to fix the issues around me. I spent as much time as I could with Derae and the girls, trying to rebuild the trust back with them. I tried to repair my reputation at work, and even tried to drink less. I made little progress. In fact during this period my substance abuse was at its peak and due to this I had experienced black outs and cant recall many nights. My emotions and mental state took a burden on me as I was pushing myself deeper into a hole I couldn't dig myself out of. My addiction drew me away from my family and I began to lose touch on what lifes meaning was. the physical fatigue of sleepless nights, multiple blackouts, trying to maintain my job and staying in touch with life was behind me as I fueled and endless fire of destruction weekly. Suppressing your feelings and emotions isn't healthy and I should've done better or maybe I wouldn't be here today.

I cant recall the specific date but between 2018 to 2019 I do recall having a really bad episode. I had an altercation at work, The allegations of sexual conduct Taelilynn made against me on 09/17 being the subject of the altercation. The harrasment and backlash I had been reicieving from individuals within the Police Department was too much to handle and on this evening I broke down and lost control. After a long night of drinking I had been consumed with anger and fury towards Taelilynn. I found a contact number to her, whether it belong to her or her boyfriend I do not know. I had texted some hateful things. I said hurtful and innapropriate things so she could feel how I felt. I dont recall using her nude photo's to threaten her but Its a strong possibility. My intoxication and anger took hold and I was capable of anything. I deleted the text messages immidiatly after sending them so I was never able to see the extent of my outburst the following day when I was sober. I do not condone or by any means say these excuses and explinations are good reasons for my actions, but I do acknowledge them and realize now just how destructive my actions were. I was wrong, plain and simple. I should have been stronger but I wasnt.

On 01-01-2020 Taelilynn who was now an adult and was back in contact with us. She was no pregnant with her son and stayed in our home over the New Years holiday in a attempt to now reconcile things between us and spend time with her sisters. Shortly after that Derae and I visited her in the Big Island to be with her while she gave birth.

Although things seemed to be better between Taelilynn, We now struggled with Tiara (16) who's behavior mirrored her sisters. On 02-18-2020 While Derae was off island for work Tiara was baby sitting her sister while I was out with friends. Upon arriving home I discovered Tiara had been drinking whisky that we had in the residence and was clearly intoxicated. I made attempts to give her food and water to sober her up but instead caused her to vomit. I took her to her room to sleep while I cleaned up after her. I then notified Derae of the incident.

On 05-22-2020 investigators executed a search warrant on our home. I was then informed by investigators of the Federal investigation on me. Derae related to me that she was interviewed and informed investigators about the Pictures of Taelilynn because they were in her phone. I was then immidiatly Placed on Restricted duty with the Police Department Pending the investigation. I Spoke with my attorney and related to him that I wanted to confess to investigators what had occured. My attorney advised me that that would be a very bad idea and instructed me to not speak about the incident with anyone. I was torn with what to do but in the end I listened to my attorney.

Over the next eight months everything started to fall apart. Although Derae still supported me and remained in our relationship things had changed between me and her daughters. They were interviewed by investigators and now were aware of the investigation and looked at me diffrent. They began to feel uncomfortable around me. Because of the impact on them we decided it was best that I lived elsewhere. After months of being on restricted duty my captain informed me that due to the investigation the department was going to Push to terminate me. He suggested that I should resign before that so I did. Now with no income I could no longer afford a Place on my own. I had no choice but to move back to my mothers home. When I informed Derae of this she was furious, not supporting the decision. When explaining I had no choice she terminated our relationship.

While back at my mothers home I felt as if I hit my rock bottom. I felt I had lost everything and ruined my life. I lost my family, my career, my home and now I was back where I started. The one place I worked so hard to escape. Knowing my mother was still involved with drugs I wanted to just give up, run to her and ask to hit her meth pipe. Get drunk and high and just forget about the world and everything in it. Realizing now just how destructive my choices were. Here at my lowest is when my older brother Derek pulled me aside to help. Learning what I had done he never judged . He has never given up up on me and always been supportive. My brother who beat his addiction and has been sober for over fifteen years. Who now has two amazing sons, a beautiful wife, and great career. Using himself as the example reassured me I was stronger then I believed. Explaining that if he could overcome his obsticales then so could I. He refused to let me give up on life.

I knew I needed to make some major changes. Starting with what led me to this point, my substance use. Knowing that it clouded my judgement and drove me to my wrong decisions. Needing to overcome my addiction so I wouldn't make the same mistakes again. After about two weeks of struggle I got sober and next pushed my self to now try to find a job. Around this time I had reconnected with a close friend and after hearing my situation offered me a place to stay with him in Texas until I got on my feet. I was worried but something was telling me this might be the fresh start I needed. It had been eleven months since my investigation started, worried of doing anything illigal I informed my attorney of my choice to move and he assured me it was ok. Determined to fix my life and find my purpose I took the chance and moved to Grapevine, Texas.

Immidiatly after arriving to Texas I went job hunting. My search led me to a job fair located at a brand new Hilton Hotel. Not knowing what to expect I was given a general interview and was informed of the hotel's job openings. Knowing I had zero experience in the hospitality industry I wasn't sure what I could offer. During the interview I noticed an opening for the Bar/Resturant Position, having always wanted to learn the resturant business I applied. I was immediatly given a second interview with the Food and Beverage director of the hotel. After explaining my lack of exerience he was reluctant to hire me. He did however like my personality and respected my drive, determination, and willingness to learn. Expressing to him that I only need a chance, an oppurtunity to show him I could learn quick and I wouldn't let him down. He took a chance with me and hired me on the spot.

I would learn later how good of an oppurtonity I was given. Due to Covid 19 and staffing issues I was their only employee for the Position. Thinking at the time I would be joing a team to an already established resturant. That was not the case. Instead I would get the oppurtunity to build one from the ground up. Something alot of People dont get to do. On my first day I was introduced to my direct manager Leonardo Santos who would later become my mentor and dear friend. After showing me the empty Bar/resturant he explained Hilton's plan for an independant restaurant concept called Vine 52 and that we would be creating it. I was included in decisions from everything to the food, specialty cocktails, glassware, liquor seletion, table arrangments, bar ware, menu design, and TV Placement. Being a part of the resturants creation was a blessing for what I learned and gave me a sense of pride for its success. While doing all this I was given a crash course for bartending/server trying to prepare for the grand opening.

In the begining I worried about maintaining my sobriety while working behind the bar. However it was easy to focus on work and not give into the temptation. I maintained my sobriety and suprised Leonardo just how quick I learned everything. I excelled behind the bar and later as a Server. I was passionate about my new trade and what I was a part of. I took pride in my costomer service and I was good at it. This led to many five star reviews and I was reconized by the executive staff. After a few months and as businuss picked up I was promoted to shift superviser and was tasked with building a team as the resturant expanded. Taking on the superviser role was new to me but came natural. I cared about my team and cared about how they looked at me. I wanted to be a good leader. I was proud of what I was able to accomplish in such a short time.

On 06-29-2021 I met Ann Santistevan who was a guest that evening at the hotel. After a few days of conversation we exchanged contact information and remained in touch after she returned home to New Mexico. We communicated daily and our relationship grew. Knowing Ann was a mother to two daughters I was hesitant at first. Thinking back on my previous relationship with Derae and not wanting to make the same mistakes. However after traveling to New Mexico, spending time with Ann and her daughters I realized things were diffrent. I had grown and made major changes with myself. I learned from my mistakes, was now sober and was focused on being a better person. I knew then I was ready to start a relationship with Ann.

We started with a long distant relationship. Both of us traveling back and forth from Texas to New Mexico to see each other. After a couple months we were in love and I grew very close with her daughters. I opened up to Ann about my childhood, my struggle with alcohol, my previous relationship, and the circumstances about my federal

investigation. Ann understood I was a diffrent person then and I had made the changes to better myself. Ann introduced me to christianity which led me to accept Jesus christ into my heart as my Lord and Savior. Ann trusted me around her girls and we were both devoted to spend our lives together. Over the next nine months our relationship blossomed. Ann and her girls accepted me as family. I finally understood what it was like to be in a healthy supporting relationship. This led to my proposal, now engaged we were ready to take the next step and Ann asked me to move in with her.

Making the decision to move to New Mexico was hard knowing all the hard work and time I put into the resturant. With the knowledge and experience I gained I was confident in pursueing my new trade with goals to open my own resturant. I knew it was the right decision though. I looked back on what I was able to accomplish in the last year. One year prior I was back at my mothers having lost everything due to my bad choices. Still addicted to alcohol and having no direction or purpose in my life. Since then I was able to beat my addiction, learn a new trade, stay crime free, find my faith in christianity and found the women of my dreams and family I wanted to spend the rest of my life with. I had accomplished what I set out to do and found my purpose in life. After accepting a position at the Hilton in Albaqurqe I was ready to start the next chapter in my life.

on 06-22-2022 I was arrested two weeks after my move to Ann's home in New Mexico. I was then transfered to FDC Honolulu. Where I was then placed for the first time in general population. I was devastated, distraught, and terrified. My reputation in law enforcent being the source of my mistreatment by other inmates. I was worried for my safty with my anxiety and depression at its highest. My only support being a fifteen minute phone call to Ann once a day. I thought I was at my rock bottom before. That was nothing compared to what I was experiencing now. I hated myself, questiond my faith, and struggled keeping myself together. I wanted to give up, believing I wouldnt survive this.

I have been incarcerated now for thirty four months and I have had alot of time to reflect upon myself and the decisions I made that brought me here. I have accepted that this is the punisment for my crime, that I deserve to be here and atone for my mistake. Ive learned that this is not the life I want to live and will never bring myself back here. One day at a time I learned to love myself again, with the help of my loved ones I was able to pick myself up again and focus fully on my rehabilitation. Determined to be a better person upon realese. I have taken every opportunity to use my time here in a positive way.

I have worked and held multiple jobs within our housing unit, varying from trash duty, cleaning and maintaining our rec yard, to managing the library and chapel. I currently hold one of only two positions in the education department. I help tutor inmates to prepare them for their GED and help set up and corridate the availible education courses. This job is a permenate position only given to certain inmates and is extreamly hard to get. I am very proud to have worked my way to achieve this. I have completed every availible education course the facility offered from fitness classes, painting, book reports, and music classes. I have completed programs including Drug education, Anger management, and Non-residential Drug Abuse program. I am about to begin on continuing my education to obtain my college degree through Adams state university. I am currently enrolled in school for Evangelism and Disipleship christian service and have aquired twenty nine months of certificate. I also attend nightly bible study growing my faith daily and try to remain a positive influence for other inmates.

I have reconneted with my family. Having weekly visits by my parents and brothers, bringing us closer then we have ever been in the past. Dispite my crime my family have never turned their backs on me. Seeing them every week and keeping our relationships strong has been vital. Because of my saftey, family support, and my work in the education department I hope upon sentencing you may consider making a judicial recommendation to the Beaure of Prisons so I can stay here at FDC Honolulu. Having the chance to stay in my families lives would be amazing. Ann Santistevan who has been my guardian angel since the day we met and through my incarceration. She has never judged me and believes I am a changed man. She has been my number one supporter and is the reason I strive to be better. Not only did she introduce me to God but she has taught me what true love feels like, what a healthy relationship is supposed to be. Although we are no longer in a romantic relationship we remain best friends and I only hope I can find a partner like her upon my realese when I start a family of my own.

your honor I have learned my lesson. Before my incarceration I thought I knew what my rock bottom was. I had made mistakes, tried to do the right thing, realized where I went wrong and made the changes to be better. I had finally found my Purpose. I worked hard and commited myself to what I achieved and it was all taken away. Not only will I have to move forward with the guilt of my own loses but worse I have to live with the guilt and shame for the Pain I caused the victim. Living with this will torture me forever. I should be Punished, this is the consequences of my actions. I deserve this and now realize that this is my rockbottom. From here there is only one way to go and it's up. I will Pray for forgiveness to the People I've wronged. Prove to everyone that I am a good Person who can still do good things for others. Knowing that in the right environment and surrounded by the right Support that I am capable of anything. Not only to be a law abiding citizen but a chance to be father and start a family of my own. Also to be a Public Servant and give back to my community again. All I ask is one chance to show you I can be better, to Prove to you I am not a lost cause. A chance to salvage my life.

Again thankyou for taking the time to read my letter, Although lengthy I feel it is neccesary for you to know the truth of who I am and my journey through life so you can make the Proper judgement for my future. My life is in your hands, Thankyou and God bless.

Mason Jordan