# Exhibit 2

November 9, 2023

Subject: **Character Reference for Mason Jordan**

To: **Honorable Judge Leslie E. Kobayashi**

Your Honor:

My husband and I met Mason 2 1/2 years ago through Ann Santistevan who is Mason's fiance'. A little background: We first met Ann on a professional level as the nurse from a hone care agency who took care of my husband when he became quite ill almost 4 years ago... she quickly became part of our family and we always called her our adopted daughter/our angel that was sent to us. She on a personal level continued to care for my husband long after medical care insurances released her from being "assigned" to us. Several times Mason accompanied Ann when she came to our home. Some of those visits included calls for emergency transport of my husband to the hospital. Under these difficult situations, Mason was so helpful, caring, compassionate and showed extreme heartfelt concern. He jumped right in there and gave his all to assist and comfort my husband and I. My husband did pass away last December. Ann remains our "adopted daughter" and we continue on as family....

Other than those circumstances, we had the pleasure of visiting with Mason in our home and on occasion (before my husband became homebound) had lunch with Mason, Ann, and Ann's two daughters. Always a pleasure to be around Mason. I personally have talked with him and found him to be a sensible, loving, caring, personable young man with plans, dreams, and goals for a settled in good life. I have witnessed him with Ann and Ann's two daughters and can vouch for the fact that both daughters care for him at the utmost level. I pray they are all reunited soon.....

If there is any possible way I can be of further assistance to you and this fine young man, please contact me.

*Jeanette Phipps*

**Jeanette Phipps**
**6737 Ranchitos Rd NE**
**Albuquerque, New Mexico  87109**
**Phone:  970-317-5376**

1

May 18, 2024

To: Honorable Judge Leslie E. Kobayashi

Greetings: I am writing in reference to Mason Jordan, who is appearing before your court due to (reason for court appearance).

Mason asked me to write a character reference letter. I've been waiting for this opportunity to share his story with you. I feel strongly about Mason and his future, I can only pray to make you feel the same way. I am Masons Aunt, I work at the NEX Mall as a Cosmetologist. I have known Mason all his life. When he was extrodited from his residence in New Mexico he stayed with us, grandmother Anne Jordan and myself. Mason was unconsolable and broken we've never seen him like that. Currently, we stay in touch through emails.

Mason is a person of good moral character and highly responsible for himself, family and others. Given the circumstances it's hard to believe but it's true. He is the overcoming light in his dysfunctional family. The hardships of his toxic childhood could have sent him into a spiral of evil long before becoming an adult, but it didn't. He didn't let it, he never got into trouble no record of any kind. Since he was a boy all he talked about was becoming a police officer so he could help those who are defenseless, like him, basically Mason wanted to advocate for the voiceless and invisible.

Before Mason was placed in prison he was helping pay his mothers property tax, electric and water bills so his family could have a place to live. The family depended on Mason to bring them together and have necessary meetings and bring peace. Mason was very confident and gullable at the same time, so trusting in what people say, inspite of his hardships he never let any of his family down they could always count on him, to believe in their empty promises.
Still, Mason was kind and gentle and a generous person, he is the only one that had the ear of his absentee mother and was counceling her and teaching her what is right.

Mason selflessly saved a man who tried to jump onto the freeway years ago, (documented) risking his own life. That's the Mason we all know. We went to the hearing and heard all the horrible charges, it shocked us and hit us all blindly, these things are outside of the Masons character that we all know and love.

Since being with HPD he had aspirations about opening up his own personal training gym business. He could have accomplished that.

Mason is not perfect by any means but something happened to him under the guise of the HPD. I know for a fact that if he did not join the HPD we wouldn't be at this juncture, but it is still Mason's fault and ignorant choices.

Masons leadership and initative speaks for itself in prison, he signs up to do anything possible, that's who he is. The prison pastor has used the Word of Yahweh to open up the prison gates of his mind. Mason now sees what real Truth is and not the opinions of man, his life is forever changed.

Mason made mistakes he broke the law and his oath. The pastor at the prison has made an impact in his life, he sees Yahweh's light now and the darkness he fell under. Those prison boundaries have caused him to see the err of his ways and to let go of the past. Because Mason received salvation at that place I am forever grateful for it. The prison experience is the silver lining of his life. Through Masons repentant heart as a sinner, what man did to bring harm and death, Yahweh turned it around and gave healing and life.

Mason has a strong desire to make reparations for his wrong. Punishment in the Word of God reads that it should fit the crime and I am a strong believer in the Word. You wield the power in regards to Masons future, my prayer is that you make a just and fair decision.


Respecfully,


Patricia Jordan

Anne Jordan

5 May 2024

Honorable Judge Leslie E. Kobayashi

Dear Judge Kobayashi,

The letter is written as a character letter regarding Mason Jordan, who I understand will be sentenced soon.

I have know Mason his entire life.  My family lives across the street from the house that Mason grew up in with his two brothers. My son who is the same age as Mason, have been friends since they were little. Mason was at our house frequently during his school years.  Like my son, he was not a great student in school. We watched him stress and struggle trying to meet the demands of the HPD Academy and  were present at his HPD graduation.  We were so proud of all he had accomplished despite growing up in a less than ideal household environment.  He did not have much growing up, never any new items, didn't have his own space, no family vacations, parents who struggled with addiction.  I recall several times over the years when electricity was turned off for non payment at his house when he was young.

After gaining his job with HPD,  he moved away from his mom's house. He would make a point to stop by periodically to say hello and visit with us to check in and keep in touch. Deep down Mason is a good person, who made some very bad decisions.

We were shocked and saddened to hear about the charges he is facing. I only know what I have heard in the media. This is not the Mason we know.  I have not spoken to Mason since has been incarcerated so I have not heard his side of the story. I understand he has pled guilty to some of the charges.

I am hoping that Mason will be able to rebuild his life after all of this.  He has so many hopes and dreams that he expressed to us. I hope he will have the opportunity to make amends and give back in some way.

Thank you for your consideration,

Kim A Jones
410 N. Kalaheo Ave
Kailua, HI 96734

Mark Kretschmer
410 N. Kalaheo Ave
Kailua, HI 96734

Abigail Rosado
June 20, 2022
6401 Michelangelo Ln NW, Albuquerque NM
(505) 331-9435
abigailrenee2024@gmail.com

I, Abigail Rosado, am writing this letter to you to provide a character reference about Mason Jordan. I know Mason through my mom Ann Santistevan; they have been together for a little over a year.

Mason since day one has truly been a big part of the family and has always gone above and beyond for all of us. In the past I struggled to get along with people that my mom had introduced to us, and when I first met Mason me and him clicked. He always made sure that me and my little sister were comfortable. When he moved in and got covid I would come by on some days to grab a couple things and on the last day he talked about how he was gonna make sure the house was clean and sanitized so we felt safer coming home. The whole time he was sick he would tell my mom and me how he felt bad for me having to leave for my own safety and to me that shows a lot of compassion.

Mason as a person has shown me that he is someone we can rely on and ask for help at any time. On my 18'th birthday we made the decision to go to Durango, Colorado as my birthday gift. In advance he made sure with me that it was ok for him to go, While we were there he spent all his time with me and my boyfriend always making sure to include us.

Mason always made sure to remember all our events and congratulate us even if he couldn't be there. When I graduated highschool earlier this year I wanted Mason to be able to make it to the ceremony but I knew he wouldn't be able to because he was moving in with us in a couple weeks. After the ceremony he called me right away to congratulate me and to tell me that he was sorry that he couldn't be there. It showed me that we are something very important to him. My mom's birthday was a couple weeks before my graduation and he wasn't able to come out and see her but he called me and planned a gift for her so I could go pick it up and give it to her on her birthday.

Abigail Rosado
June 20, 2022
6401 Michelangelo Ln NW, Albuquerque NM
(505) 331-9435
abigailrenee2024@gmail.com

Mason has been an amazing addition to my family and I am very thankful that my mom met someone like him. He has continued to show that he is someone I want to continue a relationship with in my life. He has always shown up for me even if it's not in physical form, I see him more as a father than my own dad. He is someone we have been able to trust and depend on always being there when we need him and showing us that he loves us for who we are.

It is my sincere hope the court takes this letter into consideration. Despite the current case, I still believe Mason Jordan to be an honorable and loving individual, a valued member in our family and a good human being.

Sincerely.

Abigail Rosado

I am Ann Santistevan, Mason Jordan's fiance. I am writing this as a character letter. Mason and I have been together for over a year.

Mason has been nothing but loving and supportive during our time together. I fell in love with him because of his caring nature. When we went to Hawaii in August of 2021 so I could do a spartan race, Mason met us there to show myself, my mother Nancy and my daughter Abigail around. My mom has difficulty in walking due to bilateral knee replacements and foot surgery. Mason always made sure that my mom was never left behind, he walked with her and assisted her up the stairs. He made sure that the activities we did would be okay for my mom.

Mason has become a part of our family and has always followed through on everything he said he would. He never missed a phone call or a visit while we lived apart. When he couldn't be present for activities due to work and his ability to get time off he always called.

I take care of an elderly gentleman that is a family friend. I fill his pillbox on a weekly basis. Mason has gone with me on multiple occasions and was kind and caring with George and his wife Jeanette. George has end stage COPD and we manage multiple medical issues. On 8/6/2021 we had lunch with Geoge and Jeanette at Olive Garden. Mason assisted George with getting into and out of the restaurant with his walker, he put his walker in the van and helped him with his oxygen tank.

In October my mom, my daughters Emma and Abigail and I went to Dallas Texas. We went for a race but also to see Mason. Mason was so good about including my family in all the activities we did. My daughter Emma wanted a plushy when we were at Great wolf lodge and he played every game to get enough tickets to get it for her. She was so happy and sleeps with it every night. She continues to ask when Mason is coming home as the girls were excited when he finally made the move to live with us in New Mexico in May. He made sure to move on the 20th of May since that was her birthday and he didn't want to miss such an important day for her.

On may 21st after my daughter Emma's birthday party, I got a call that George had fallen. Mason didn't hesitate to go with me to assess George's condition. Mason helped me with getting George up and we had to call paramedics. Mason flagged down EMS and assisted them in getting George on the stretcher.

Mason is always concerned about me and the girls being safe. He would call to say goodnight every night and made sure all the doors were locked since he knows my daughter Abigail tends to leave the front door unlocked.

When Mason came to visit he would help me around the house even before moving in. When I was at work he cleaned up the dog poop in the backyard. He would help me cook and clean even if he didn't make the mess. At Christmas he made sure the girls and my mom had presents. He built Emma's desk and bookshelf on Christmas and helped me rearrange her room.

When I went to Texas to visit Mason I was able to go to his job on multiple occasions. He worked so hard and always made sure his customers were taken care of. Even when he had customers that were unpleasant or needed to be cut off as they were becoming loud or belligerent he always had a calm demeanor and managed it with the utmost professionalism. He made sure his co-workers were taken care of and sometimes worked past his shift to assist them in cleaning up. If someone needed assistance he would help them if it meant covering their shift or coming in on days off.

Mason has always been fair when it came to financials being that we lived apart. If he knew I was flying out to see him more than he could come see me then he would offer to pay for half my flights. When I told him that wasn't necessary he made sure to pay for the cost while I was there for food or entertainment so I wouldn't have to incur any additional cost while I was there. When we made the decision for him to move with us to New Mexico he didn't hesitate to sit down and discuss how we were going to manage the finances and he insisted on paying his half off all the bills for the house as well as half for food and essentials.

I am aware of the allegations against Mason but he has been nothing but loving, loyal and caring to me and my girls. Mason is a part of our family and our home is his home.

"Everyone makes mistakes in life, but that doesn't mean they have to pay for them for the rest of their life. Sometimes good people make bad choices. It doesn't mean they are bad... It means they are human." -Nitya Prakash

Thank you for your time,

Ann Santistevan
6401 Michelangelo Ln NW
Albuquerque NM 87114
505-717-5560
anniemariegriff@aol.com

Emma Santisteran
6401 Michelanglo Ln NW Alb Nm 87114
505-717-5560
Ann Santisteran (mother)
annremariegriff@aol.com

My name is Emma H
santistevan. I know mason
Jordan from my mom
Ann santistevan

How mason made me happy.

1 he bought a nintendo switch

2 he is funny.

our memories:
1. we went to the river of lights
2. we spent christmas
3. we got to see him in texas
4. he got to go on the water
slides and he played ~~games~~
videos games with us
5. he got me my dream squishmallow

I wish that mason comes home.

So mason can teach me how to

play the nintendo switch and so

he can play with me!! by Emma

To Whom It may Concern,

My name is Farrah Patricia Bahm and I am writing in regards to the matter of Mason Jordan being released. I've known Mason for 22 years and consider him one of my closest and kindest friends. Mason is one of the most honest and reliable people I have ever met. He is a year younger than me and while growing up with him, he always made me feel safe. ~~████~~ After I had my daughter and when I was going through a nasty breakup, he let us stay with him to bring peace into our lives. He was always spending time with my daughter and I and showed nothing but love and sympathy and kindness. He was an excellent male figure in my daughter's life. I have all the faith in the world in mason and don't believe he could ever be a flight risk because his reliability saved my life.

Last year when I lost someone incredibly close to me, he pushed to make sure I was okay even when I didn't want to talk & wanted to close the world out. Mason is reliable and thoughtful and caring and would never run away from responsibilities of his own or from others. Especially his family and friends. The devastation of him not being home yet has been incredibly overwhelming to everyone close to him. Please approve the release of Mason Jordan so that he may be with his family and prove to you what we already know: that he is a dependable, levelheaded and sensitive citizen, whom at this time needs to be with his family.

Sincerely,

Fawn P. Bahm

808-989-8534      580 Kaimalino St.
Kailua HI 96734

To whom it may concern,

My name is Leonardo Santos, I am the Complex Food and Beverage Manager at the Courtyard By Marriott and the Hilton Garden Inn where Mason Jordan used to work at here in Grapevine, Texas. I was his direct manager and have known him since we hired him April of 2021. His personality and drive was strong enough for us to offer him the job at his interview. His work background was far away from working in the service/hospitality industry but his drive and passion to learn something new, and expressing that he had always wanted to work behind a bar, helped me open the bar and restaurant day one of the Hotel's opening.

He had always shown motivation and it reflected in his work, he was by far the easier person for me to train, learned the ins and outs of working at a bar and hotel quickly, and became someone everyone in the hotel and corporate admired and praised. This prompted us to promote him to be our PM supervisor, helped train all new hires, as well as take ownership of his department, shift, and team.

Mason played a huge part on our service scores, he always received amazing comments from guests, some even letting us know that every time they travel for business, they choose to stay with us because if the quality of work and service he and his team provided. Mason is someone who was and still is respected by other departments outside of Food and Beverage not only within the Hilton Garden Inn, but as well as the Courtyard Marriott hotel which, as a manager myself, is hard to earn.

Mason always showed his dependability. Even if he was off, he is someone who will check in and make sure everyone is ok and would not hesitate to come in if he was needed. He would step up if I was either off or occupied, to help fix any issues with guests or other employees and helped in mediating in those situations. He is the person all the bartenders and servers in either hotel would call to help when guests would get rude or would need to be cut off.

Back in January, I took a small vacation and was out of the country and he made sure to fill in and take the leadership role to make sure that I wouldn't have to work from where I was. A couple of week after I came back from my trip, we had a huge event happening at our hotel with main clients we were hoping to lock a contract with. I had prepared for days in advance but the weekend of the event, I had to deal with a personal emergency and I was not able to be at the event nor was able to be contacted. When I was able to come back, I heard nothing but amazing things about Mason, how he took the lead and with preparation I had left along as with the observations he made on what I do, was able to execute what would have normally been my job, led all of the bars, including the event bars, made sure the quality was there, and did closing report of the event all while also doing what he was originally going to do for that weekend.

Mason was always positive and passionate about everything he did. He treated everyone equally and with respect regardless of job title. He had those same qualities outside of work as well. He made friendships with co-workers and his positive attitude and qualities he showed at

work, reflected how he is outside of work in his personal life. Personally, back in March, I was in the middle of moving places and without hesitation, he offered to give up his day off to help me move.

Needless to say, it was sad news when he had told me he would be moving to New Mexico and gave me his 2 weeks notice. To this day he is still considered part of the team, and would re-hire back in a heartbeat.

Please feel free to reach out if needed. Sincerely,

**Leonardo Santos, Complex Food and Beverage Manager**
**Hilton Garden Inn and Courtyard by Marriott Grapevine**
**2240 Bass Pro Dr. Grapevine, Texas 76051**
**leo.santos@aimhosp.com | C: 214.927.9849**

July 21, 2025

Dear Honorable Judge Leslie Kobayashi,

I am writing this letter on behalf of my brother, Mason Jordan. My name is Stephen Jordan, and I am the younger brother of Mason. I have known Mason my entire life, for the last 30 years.

Our childhood was not easy, especially after our parents' divorce. Mason, being the middle child, was not just a brother, but also a friend. Growing up and being the youngest I watched my brother prove people can change for the good from their environment. He taught me the importance of resilience and determination, after watching him work hard to become Police Officer.

Despite our challenging upbringing, Mason always had a vision of doing bigger things. He never let our circumstances define him or limit his dreams. His optimism and ambition were infectious, and they motivated me to strive for more as well. More than that, Mason was always motivated to make a change, not just in his occupation but with our family as well. He believed in the power of transformation and worked tirelessly to improve not just his life, but also the lives of those around him. After becoming a Police Officer, and getting on his feet financially he offered to help get our childhood home back in good order financially and even rebuild it for the entire family.

Watching Mason become a police officer was a pivotal moment for me. It opened my eyes to the fact that one can overcome their childhood situation, surroundings, and environment. His journey has been a source of inspiration for me and many others who know him.

One memory of Mason that stands out in particular is when my daughter was competing in a national boxing tournament in Texas. Despite us coming from a small island and Mason knowing nothing about the states and driving far, he traveled across the state for hours just to be there and support her and watch her fight in the Jr Olympics. His presence meant the world to my daughter and it was a testament to his unwavering support for our family.

Mason has always been a determined individual. Whenever he sets his mind to learn something new, he does so with 100 percent commitment and passion.

One of the most admirable traits about Mason is his ability to care deeply. When he cares about something or someone, he does so wholeheartedly. This is evident in the way he treats his loved ones.

I understand that Mason is currently in prison, and I want to make it clear that I cannot condone his actions. However, I hope that this letter provides a more comprehensive picture of Mason's character, beyond his current circumstances, and his character I know him to be.

In conclusion, I believe that Mason is a man of good character. He is determined, reliable, and caring. These traits make him a good brother, a good friend, and a good human being.

Sincerely,
Stephen Jordan

415 North Kalaheo Ave

Kailua Hawaii 96734

(808) 745-5662

I hope this letter finds you in good health. I am writing to you today as a father, a father who has known his son every single day of his life. I am writing about my son, Mason, who is currently serving time in prison.

Mason's childhood was not an easy one, but despite the hardships, he was an easy child to raise. He was kind-hearted, always showing empathy and understanding beyond his years. This kindness was not just reserved for family and friends, but extended to anyone he met.

Before his current circumstances, Mason served as a police officer. His dedication to his duty was unwavering, and his courage was commendable. I remember a particular incident where he was awarded a medal for saving a man's life. The man had attempted to jump off the H-1 overpass, and Mason, without a second thought for his own safety, intervened and saved him. It was a moment that showcased his bravery and his deep-seated care for others.

I understand the gravity of his actions and the reason he is where he is today. I am not here to condone his actions, but rather to shed light on the person I know him to be, beyond the confines of his current situation.

Mason has always been a caring individual. He has a heart that is generous and kind, always ready to lend a helping hand to those in need. He has shown this quality time and again within our family, always stepping up when someone needs help, always there to offer support. His thoughtfulness is one of his most defining traits, and it's something that has always made me proud as a father.

I believe in the power of change and the potential for growth. I believe that Mason, despite his current circumstances, has the capacity for both. He is more than the sum of his missteps. He is a human being, capable of love, kindness, and generosity. He is my son.

I am not asking for his actions to be forgotten, but rather for them to be put into perspective. I am asking for a chance for Mason to prove that he is more than his missteps. I am asking for a chance for him to show the world the person I know him to be.

I understand that the decision ultimately lies with you, as the judge. But I kindly ask you to give him a chance to demonstrate his good character. I believe in his potential for change, and I hope you will see it too.

Thank you for taking the time to read this letter. I hope it gives you a clearer picture of Mason as a person, not just as an inmate.

Sincerely,
William Jordan (Mason's Father)
415 North Kalaheo Street
Kailua, HI 96734
(808) 997-1256

Dear Honorable Judge Leslie E. Kobayashi,

My name is Chelsea Jordan, and I am writing this letter on behalf of my brother-in-law, Mason. I have been a Sales Representative for the past three years and have known Mason for 23 years. I first met him at a school function at the park. Over time, I've come to know him very well, not just as a family member, but as one of the most dependable, compassionate, and supportive people in my life. Mason and I share similar experiences from difficult upbringings, both growing up with parents who struggled with addiction. When I met him, I was 13 years old, and at 14 I was working, attending school, and renting a room on my own with very little family support. During that time, Mason became someone I could always rely on. He listened without judgment, offered advice when I needed it, and showed me kindness during a difficult and lonely time in my life. Throughout our teenage years, he was my only friend and my strongest support system. Mason's childhood was far from easy. I spent a lot of time at his home and vividly remember his difficult living situation. There was no electricity or running water, and the only light came from small solar lamps outside that lit up a pathway to the house. His mother was often away at her boyfriend's house, where she had access to basic utilities, leaving Mason and his youngest brother without. His father was usually home but often preoccupied with personal projects or surrounded by constant visitors. With little parental guidance and almost no family support, Mason faced challenges. At one point, Mason began heading down the same path of addiction that had impacted his parents and oldest brother. However, when his older brother returned home from rehab, he started to set a better example for him and Mason finally had someone to guide him in the right direction. His older brother Derek Jordan went back to school and graduated, which I believe inspired Mason even more to make positive changes in his life. He started to focus on his education and graduated from high school as well. After completing high school, Mason pursued his dream of joining the police academy. He was passionate about using his own life experiences to help others and carried that compassion and dedication into his work. A moment that truly stands out to me is when Mason's true character showed while he was on duty one day. He encountered someone attempting to jump from a bridge and through patience and reassurance, he was able to talk them down and save their life. He reminded them that life was worth living and that there were other options beyond what they had chosen. Mason was always able to connect with people because of his kindness and understanding nature. This moment earned Mason an award from the Honolulu Police Department for his bravery. Our entire family could not have been prouder of him. It really showed how one kind-hearted individual like him could make a difference in someone's life. Mason is well-liked by everyone who knows him because of his outgoing personality, sense of humor, and respect for others. He treats people with kindness and fairness, regardless of their background. He has also been a steady source of support for his family. At one point, he even helped save his family's home when they were at risk of losing it due to overwhelming property taxes. Although it wasn't Mason's responsibility, he stepped in and did it from the goodness of his heart, not expecting anything in return. From what I have seen, Mason has always demonstrated a strong work ethic, a positive attitude, and reliability. He faces challenges with determination and never hesitates to step up when needed. Mason acknowledges the mistakes he has made and has expressed deep remorse for his actions. He fully understands that he must face the consequences of his choices. He has also realized just how much his past decisions have affected his future and how much of life's precious moments he has missed as a result. He was absent for irreplaceable family milestones in the last 3 years. He missed his brother's wedding, the birth of his nephew,

his nephew's first birthday and his oldest nephew's graduation and celebration. These are moments he realizes he can never get back, and the weight of that loss weighs heavily on him. Mason continues to reflect on his decisions and takes full responsibility for his actions and the choices he's made. I truly believe he is committed to becoming a better person and making better choices moving forward. Thank you for taking the time to read my letter and for considering my thoughts regarding Mason's character.

Sincerely,

*Chelsea Jordan*

Cell: 864-3809

Dear Judge Leslie E Kobayashi,

My name is Derek Jordan, and I am writing this letter on behalf of my brother Mason Jordan. I have worked in the construction industry for over 20 years. Throughout everything life has thrown our way, Mason has remained not only my brother but my best friend. Before I share with you the person I believe my brother to be, I would like to take a moment to look back into his past. What Mason has overcome explains alot about his character and the person he is today. Mason, our youngest brother Stephen, and I grew up in circumstances no child should have to experience. Our parents struggled with drug addiction, specifically meth. As a result from that, there was constant fighting, strangers coming and going at all hours, and dangerous living conditions. Drug paraphenalia was always left around, and at one point we lived for 3 years without running water and electricity. Homeless relatives also lived in their cars in our yard. That kind of enviroment was tough for us to survive in. Mason as the middle child, often recieved the least amount of attention. Looking back, I carry alot of guilt for not being the older brother Mason needed. Someone to protect and guide him. Instead, I often treated him horribly because I was too caught up in my own rebellion. Like our parents, I fell into addiction as well. I ended up spending 3 years in drug court and rehab

and was absent in Masons life during some of his most crucial years. I know my absence during that time had a huge impact on him. When I was released, I could see Mason slipping and heading down the same path. But after being home for awhile and setting a better example for him, I started to see him slowly improving. I was trying to show him that a life outside of the cycle we were born into was possible. Mason went on to graduate from highschool and decided he wanted to pursue a better future for himself. He had moved out on his own and made the decision to join the police department. I couldnt have been prouder of him. To me that decision showed real courage and commitment, not just to himself but to others as well. Taking on a roll in law enforcement meant choosing to help people, even when it came as a great personal risk. I feel Mason stepped into that position with heart and confidence. One moment in particular that stands out to me was when Mason was able to prevent a person from taking their own life. He responded to a call involving someone on the verge of jumping off a bridge. Through patience, empathy and trust, Mason was able to talk him down. He saved that persons life that day and that will always be one of my proudest moments of him. The department later honored him with an award for his actions, and it reminded me again of the kind of person he truly is. Someone who shows up when it matters most, who leads with compassion, and who is willing to

go above and beyond to help others. During his time with HPD, Mason also stepped into a deeply committed relationship, where he became a father figure to 3 children. Balancing the intense responsibilities of police work with home life wasn't easy, but he gave it his all. He loved and supported those children as his own, and did his best to be present, dependable, and loving in a role he never asked for, but willingly embraced. Mason enjoys hiking, snorkeling, and snowboarding whenever he gets a chance to travel. These outdoor activities reflect his love for life and his desire to find balance in a sometimes chaotic world. At his core, Mason is a humble, honest, and responsible man. He cares deeply for others and has always offered help without hesitation. He has a naturally outgoing and kind hearted personality, which makes it easy for people to connect with him. I've watched him grow into a man of strength and compassion. His upbring wasn't easy, but he took those experiences to try and live a better life. I also want to acknowledge the reason I'm writing this letter. I understand that my brother violated the law. If that weren't the case, we wouldn't be here today. I know he must face the consequences of his actions. But I also know how deeply remorseful he is. We've had countless conversations about the choices he made, and I can see the weight he carries. That accoutibility, that self reflection, is why I continue to stand by him. I visit him every weekend and I feel the bond →

we share is stronger than ever. Thank you
for taking the time to read this letter
and for considering Masons full story, not
just his mistakes, but the person he is,
the good he's done, and the potential he
still holds.

Sincerely,

Cell: 778-4584

Aug /18 /2025

Michelle Jordan
415 N. Kalaheo Ave.
Kailua, HI. 96734

Honorable Judge Leslie Kobayashi
U.S. District Court
District of Hawaii
300 Ala Moana Blvd. C-338
Honolulu, HI. 96850


Dear Judge Kobayashi,

    Your honor, my name is Michelle Jordan and I'm writing you this letter regarding my son MASON JORDAN who will soon stand before you for sentencing. I humbly ask that you allow me to briefly tell you about the man I know him to be and my relationship with him as his mother.

    I was blessed with 3 sons all born four years apart. Mason is my second born. As middle child I watched him grow from the little brother to one, to the big brother to the other. And at any given time he'd be in one role or the other. He fit both roles well. I was married and a mother by eighteen years old. We lived with my parents in the home I was raised in. My sons were raised in the same home as I was. We were all raised as Kailua kids. I lost my parents soon after becoming a wife and mother. I am an only child so my husband and I struggled to keep from losing my home. Our marriage lasted twenty two years and I still live in the same house today. I always wanted to bless my family one day with what my parents left me....a home.

    Mason and I have always had a loving and supportive relationship. He was an easy child to raise. He was loving and obedient. He would say "Sorry Mommy" as soon as he realized I was upset at him for anything. Complete opposite of his older brother.

    I believe we have similar values and work ethic. We have many similar interests and same sense of humor. He has always been a helper by instinct.

1

He loves and appreciates his family and friends. He has compassion and empathy. He wants to see people succeed and do better. He never had any behavior problems in school. He loved electronics + gadgets, just like me. When he was young we spent endless hours playing video games together. He was good at everything he played and showed me how too. We loved to play Guitar Hero + Tomb Raider together. This was our "together time" when his father and I broke up. He was twelve and was there for me, as he has always continued to be into adulthood. He is responsible and dependable from a young age. I worked nights at a small market by the beach, not far from our house. He would ride his bike to come see me in the afternoon to grab food for him and brother. And would help me sweep the store in exchange for goodies. He started delivering papers as a teen. Moved to a place in Kailua with friends at eighteen. Not far from home. A few blocks away. Made sure I was safe with him during our first tsunami evacuation. He doggie-sat my little chihuahua when I took my first trip. And made sure I spent time with him and his girlfriend (who I adored) when I went through a bad breakup and first heartbreak after his father. Always made sure I was OK without hovering. By this time he was joining HPD. I continued to see the ex-boyfriend and experienced domestic abuse for the first time. I didn't want to tell any of my sons I was being hurt by the man I loved. He was also my neighbor and our kids grew up together. But everyone found out because he eventually stabbed me. By then Mason was an HPD officer and lived in Mililani with a different girlfriend and her kids. They picked me up from the hospital. He then made sure HPD handled that situation so he would be prosecuted. He took me through the process of getting a protective order and his prosecution. He has served half of his ten year sentence. Paul is up for work furlough soon and has been transferred back to OCCC. Mason wants to be able to keep me safe when Paul gets out on parole or is released. My oldest son lived here for the last 20 years. But he and his family recently moved

2

to Waimanalo. I want Mason to live with me or near me when he is eventually released. I miss his presence in my life and hope that he will remain in Hawaii.

I also need to acknowledge the seriousness of the situation Mason created and crime he is charged with. His actions have led him to now stand before you in your court to decide his fate. He has had a long time to think about many things. And we've finally had an in-depth talk about his actions that have lead to his incarceration. We've had difficult conversations that have clarified my understanding of events and actions on his part. Your honor, I am far from a perfect role model. I've made a few very big mistakes in my own life. But taking accountability is the first step of learning from our mistakes. My family got me through my darkest days. And family is also what Mason has to get him through his darkest days as well. He has expressed to me how ashamed he is of his actions. And I can see how devastated he is about his very bad decisions and actions that have destroyed everything he worked so hard to achieve along with everything he valued. But most of all the hurt and disappointment to people who loved him the most. He lost the woman he was going to marry and loves with all his heart. He wants her to be free to find happiness and love. To live her best life, even if its without him. He has so much remorse in his heart. He spends a lot of time and thought trying to find ways to make things right again. Now and in the future. He still wants to have a positive impact on the world. So I hope and pray that your judgement will allow him to be a part of the community, a part of our family and a productive member of society again.

In closing I'd like you to know some important things about Mason. He received the Certificate of Merit in the beginning of his HPD career. He helped save a life. Also, about 15 years ago, my doggie (soulmate) Kalama got very ill. She was 13 and had kidney failure.

3

My children grew up with her. She was my shadow, and I was devastated watching her slowly die. One night we were having a birthday party at our house outside. I was in my room with Katama as she rested on my bed. Mason came to my room to check on her. He asked if he could hold her, I said yes. So he gently picked her up and cradled her in his arms for a while. Then she looked up at him and took her last breath. I started crying loudly and all the guests left our house so we could bury her. Mason handled that right by my side.

He also changed my life by getting me Alexa as soon as it came out. He has always wanted me to be happy and safe. Always protected me. In spite of anything he has done in the past it won't take away my pride of who he is today and who I know he will become in the future. Please consider giving him the opportunity to be that man, your honor, I beg you.

I thank you for your time and consideration. I hope I've helped give you some insight on who my son Mason Jordan is and how my family and I need him so much. I have faith that when he stands humbly before your court, all your experience and knowledge will allow justice to prevail.

Once again Judge Kobayashi, Mahalo for your time and consideration. If you have any questions or need any information please feel free to contact me. My cell is #808.489.6712 and email is jordankailua@gmail.com

Sincerely,

*Michelle Jordan*

Michelle Jordan

4